# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| DEREE J. NORMAN, | : No. 183 EAL 2015 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| | : |
| SAMUEL A. DION, | : |
| | : |
| Respondent | : |

## ORDER


**PER CURIAM**

    **AND NOW**, this 15th day of July, 2015, the Motion for Leave to File a Response to the Answer and the Petition for Allowance of Appeal are **DENIED**.